19 So.2d 852

### Bluford BRADLEY v. STATE.
### 8 Div. 419.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 114

### Hubert (Son) BRAGG v. STATE.
### 8 Div. 376.

Court of Appeals of Alabama.
Feb. 8, 1944.

H. T. Foster, of Scottsboro, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 114

### Hubert BRAGG v. STATE.
### 8 Div. 380.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

14 So.2d 912

### Lawrence BROADUS v. STATE.
### 1 Div. 460.

Court of Appeals of Alabama.
Aug. 10, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

13 So.2d 896

### Millie B. BROCK v. CITY OF TUSCALOOSA.
### 6 Div. 966.

Court of Appeals of Alabama.
April 22, 1943.

PER CURIAM.
Appeal dismissed, want of prosecution.

19 So.2d 852

### J. E. BROCK v. STATE.
### 1 Div. 491.

Court of Appeals of Alabama.
Nov. 21, 1944.

CARR, Judge.
Affirmed.